HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FORREST EUGENE AMOS, | CASE NO. C16-5898RBL |
| Plaintiff, | ORDER OF REFERRAL |
| v. | |
| CITY OF CENTRALIA, et al, | |
| Defendant. | |

The Court directs the following:

IT IS HEREBY ORDERED that the above-captioned matter is **REFERRED** to United states Magistrate Judge Karen L. Strombom to conduct all proceedings.

Dated this 4th day of May, 2017.

Ronald B. Leighton
United States District Judge

ORDER OF REFERRAL - 1