UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FORREST EUGENE AMOS,<br><br>                   Plaintiff,<br>    v.<br><br>CITY OF CENTRALIA, et al,<br><br>                  Defendants. | Case No. 3:16-cv-05898-RBL-TLF<br><br>REPORT AND<br>RECOMMENDATION<br><br>Noted for July 28, 2017 |

This matter is before the Court on the filing of plaintiff Forrest Eugene Amos's motion to withdraw his civil complaint. Dkt. 31. In his motion, Mr. Amos states he is requesting that the Court withdraw his complaint, because he "does not want to pursue this matter any further." *Id.* Once an opposing party has filed an answer to the complaint, and there is no stipulation signed by all of the parties to the matter, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Federal Rule of Civil Procedure (FRCP) 41(a)(2).

At the time Mr. Amos filed his motion, also pending before the Court were a motion for summary judgment filed by defendants Lewis County, Jonathan Meyer, and William Halstead (Dkt. 16) and a motion for summary judgment filed by defendants City of Centralia, Adam Haggerty, and Chad Withrow (Dkt. 17), as well as motions to stay and abey the complaint (Dkts. 20, 23), to add additional defendants (Dkt. 21), and to extend the time to respond to defendants' summary judgment motions (Dkt. 24) filed by Mr. Amos.

REPORT AND RECOMMENDATION - 1

Mr. Amos's motion was filed on June 15, 2017, and noted for consideration on July 7, 2017. Dkt. 31. To date, none of the named defendants have responded or objected to Mr. Amos's motion to dismiss his complaint. Accordingly, the undersigned recommends that the Court grant Mr. Amos's motion and dismiss his complaint without prejudice under FRCP 41(a)(2).[1] Further, in light of the dismissal, the undersigned further recommends that all remaining pending motions in this matter be dismissed as well.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time limitation, this matter shall be set for consideration on **July 28, 2017**, as noted in the caption.

Dated this 12th day of July, 2017.

Theresa L. Fricke
United States Magistrate Judge

---

[1] "Unless the order states otherwise, a dismissal under [FRCP 41(a)(2)] is without prejudice." *Id.*