UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FORREST EUGENE AMOS,

              Plaintiff,

v.

CITY OF CENTRALIA, et al,

              Defendants.

Case No. 3:16-cv-05898-RBL-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     the Court adopts the Report and Recommendation;

(2)     plaintiff's motion to withdraw his civil rights complaint (Dkt. 31) is GRANTED; and

(3)     plaintiff's civil rights complaint is DISMISSED without prejudice under Federal Rule of Civil Procedure 41(a)(2), along with all other motions currently pending in this matter.

Dated this 8th day of August, 2017.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1